United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Malika R. Brooks<br>P.O. Box 273<br>Meigs, GA 31765 | Chapter 13<br><br>Case No. 11-70967-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $247.59 in unclaimed funds of Liberty Savings Federal Credit Union, creditor.

Last Known Address (Most recent listed left to right):


Liberty Savings Federal Credit Union
666 Newark Ave
Jersey City, NJ 07306




Dated: 2/18/2015

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee